IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN ALBERTO VIVAS-MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-312(Erie) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS**
**FOR FAILURE TO PROSECUTE**

AND NOW, comes the Defendant, the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Rebecca Ross Haywood, Assistant United States Attorney, and pursuant to Fed. R. Civ. P. 41(b) respectfully moves the Court to issue an Order dismissing Plaintiff's Complaint because he has failed to prosecute this action.

A Brief in Support of this motion, together with Exhibits 1 through 6, are being filed simultaneously herewith and the contents therein are incorporated by reference.

WHEREFORE, the Defendant, United States of America, respectfully requests that the Court issue an Order dismissing the Complaint of Plaintiff, Marvin Alberto Vivas-Morales, with prejudice.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


/s/REBECCA ROSS HAYWOOD
Assistant U.S. Attorney
Western District of PA
700 Grant St.
Suite 400
Pittsburgh, PA 15219
(412) 644-3500
PA ID # 74579

Counsel for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARVIN ALBERTO VIVAS-MORALES,    )
                                 )
            Plaintiff,           )
                                 )
    v.                           ) Civil Action No. 03-312(Erie)
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Defendant.           )

## ORDER

AND NOW, this ____ day of _____, 20____, upon consideration of the Defendant's Motion to Dismiss for Failure to Prosecute, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that said motion is **GRANTED**, and Plaintiff's Complaint against Defendant is hereby **DISMISSED, WITH PREJUDICE.**

                                          _____, J.


cc: all parties of record

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within pleading was served by mail upon the following:

>  Marvin Alberto Vivas-Morales
>  84818
>  York County Prison
>  3400 Concord Rd.
>  York, PA 17402

 
>  _____
>  /s/ Rebecca Ross Haywood
>  Assistant U.S. Attorney

Date: July 5, 2005