

**U.S. Department of Justice**

United States Attorney
Western District of Pennsylvania

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 400
Pittsburgh, Pennsylvania 15219

412/644-3500

December 15, 2004

Marvin Alberto Vivas-Morales
3000 Sidney Street
Pittsburgh, PA  15203.

      Re: **Vivas-Morales   v. United States of America**
           **Civil Action No. 03-312 (Erie) W.D. Pa.**

Dear Mr. Vivas-Morales:

    My records indicate that on September 17, 2004, Defendant's First Set of Interrogatories and Accompanying Request for Production of Documents were sent to you. Although your answers were due within thirty (30) days of your receipt of these discovery requests, as of this date, I still have not received responses. Therefore, please be advised that if I do not have your responses by January 15, 2005, I will be filing a motion to compel your answers with the Court.

    Thank you for your attention to this matter.

                      Very truly yours,

                      MARY BETH BUCHANAN
                      United States Attorney

                      REBECCA ROSS HAYWOOD
                      Assistant United States Attorney

cc: Joyce Horikawa, Esq.