IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN ALBERTO VIVAS-MORALES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 03-312 ERIE |
| | ) Judge McLaughlin |
| FEDERAL BUREAU OF PRISONS et al., | ) Magistrate Judge Baxter |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO: Marvin Alberto Vivas-Morales
   3000 Sidney Street
   Pittsburgh, PA  15203

PLEASE TAKE NOTICE that defendant, United States of America, by its attorneys Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania and Rebecca Ross Haywood, Assistant U.S. Attorney for said district, shall take the deposition upon oral examination of Marvin Alberto Vivas-Morales, at 1:30 p.m. on Friday, January 28, 2005, in the Office of the United States Attorney for the Western District of Pennsylvania, 700 Grant Street, Suite 400, Pittsburgh, Pennsylvania  15219.

The said deposition shall be used for discovery in the trial of the above case and the same shall be taken before an officer authorized to administer oaths by law and to take testimony.

If the foregoing deposition is not commenced or if the same is commenced but not completed on the day aforesaid, such

deposition will be adjourned and continued from time to time until completed, without further notice other than oral proclamation at the place above stated.

You are hereby notified to attend and participate in the deposition as shall be proper.

                                Respectfully submitted,

                                MARY BETH BUCHANAN
                                UNITED STATES ATTORNEY

By: _____
        REBECCA ROSS HAYWOOD
        Assistant U.S. Attorney
        Western District of Pa.
        700 Grant St.
        Suite 400
        Pittsburgh, PA  15219
        (412) 644-3500
        Pa. Bar No. 74579