1

1         IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                - - -

4 MARVIN ALBERTO VIVAS-MORALES,     )
                        )
5       Plaintiff,      )
                        ) Civil Action
6      vs.               ) No. 03-312 (Erie)
                        )
7 UNITED STATES OF AMERICA,      )
                        )
8       Defendant.      )

9                - - -

10

11           STATEMENT OF COUNSEL

12       Friday, January 28, 2005

13             - - -

14    The Statement of Counsel, taken before me, the
undersigned, Melissa L. Fenster, a Notary Public in and for
the Commonwealth of Pennsylvania, at the offices of the
15 United States Attorney's Office, 700 Grant Street, Suite 400,
Pittsburgh, Pennsylvania, 15219, commencing at
16 2:01 o'clock p.m., the day and date above set forth.

17             - - -

18       COMPUTER-AIDED TRANSCRIPTION BY
         MORSE, GANTVERG & HODGE, INC.
19        PITTSBURGH, PENNSYLVANIA
           412-281-0189
20             - - -

21

22

23

24

25

**ORIGINAL**

2

1  APPEARANCES:

2      On behalf of the Plaintiff:

3          (No appearance.)

4      On behalf of the Defendant:

5          Rebecca Haywood, Esquire
           Assistant United States Attorneys
6          United States Attorney's Office
           700 Grant Street, Suite 400
7          Pittsburgh, Pennsylvania  15219

8                          - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P-R-O-C-E-E-D-I-N-G-S

2          MS. HAYWOOD:  I am Rebecca Haywood.  I am an Assistant

3  United States Attorney, and I am representing the Defendant,

4  United States of America, in Civil Action 03-312 (Erie), which

5  is a federal lawsuit under the Federal Tort Claims Act that has

6  been filed by Marvin Alberto Vivas-Morales.

7          On January 14, 2005, I sent Mr. Vivas-Morales a

8  Notice of Deposition requiring him to appear at 1:30 at the

9  United States Attorney's Office in Pittsburgh, Pennsylvania.

10         I note that Mr. Morales was released from federal

11 custody on July 6, 2004.  As of this date, he has failed to

12 provide the Court or counsel for the Defendant, myself, with a

13 forwarding address.

14         However, when I sent interrogatories to him at the

15 federal prison where he had previously been incarcerated, I

16 received the interrogatories returned with the forwarding

17 address that Mr. Vivas-Morales had left with the prison.

18         I therefore sent the Notice of Deposition to that

19 forwarding address, and that Notice has not been returned to me

20 as of that date.

21         I had wanted to put on the record that despite this

22 Notice Mr. Vivas-Morales has failed to appear today for this

23 deposition.  We have waited until two o'clock to put this on the

24 record.

25                            - - -

4

1       (Thereupon, at 2:02 o'clock p.m., the Statement of

2    Counsel was concluded.)

3               - - -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1                           CERTIFICATE

2  COMMONWEALTH OF PENNSYLVANIA, )
                                 )    Civil Action No. 03-312 (Erie)
3  COUNTY OF ALLEGHENY.          )

4        I, Melissa L. Fenster, do hereby certify that
   the foreegoing Statement of Counsel was by me reduced to
5  stenotypy, and afterwards transcribed by means of computer-aided
   transcription.
6
        I do further certify that this Statement of Counsel was
7  taken at the time and place in the foregoing caption specified,
   and was completed without adjournment.
8
        I do further certify that I am not a relative, counsel or
9  attorney of either party, or otherwise interested in the event
   of this action.
10
        IN WITNESS WHEREOF, I have hereunto set my hand and
11 affixed my seal of office at Pittsburgh, Pennsylvania, on this
   ___7th___ day of __February__, 2005.
12

13

14        Melissa L. Fenster
          Notary Public
15

16                        - - -

17

18

19

20

21

22

23

24

25

# LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 0

03-312 [1] 3:4

## 1

1 [5] 1:1 2:1 3:1 4:1 5:1
1:30 [1] 3:8
10 [1] 3:10
11 [2] 3:11 5:16
12 [1] 3:12
13 [1] 3:13
14 [4] 1:17 3:7,14 5:18
15 [2] 1:19 3:15
15219 [2] 1:20 2:9
16 [3] 1:21 3:16 5:20
17 [2] 1:22 3:17
18 [2] 1:23 3:18
19 [2] 1:25 3:19

## 2

2 [5] 1:2 2:2 3:2 4:2 5:2
2:01 [1] 1:21
2:02 [1] 4:1
20 [1] 3:20
2004 [1] 3:11
2005 [2] 1:15 3:7
21 [1] 3:21
22 [1] 3:22
23 [1] 3:23
24 [1] 3:24
25 [1] 3:25
28 [1] 1:15

## 3

3 [6] 1:3 2:3 3:3 4:3 5:4

## 4

4 [4] 1:4 2:4 3:4 5:5
400 [2] 1:19 2:8
412-281-0189 [1] 1:26

## 5

5 [4] 1:6 2:5 3:5 5:7

## 6

6 [4] 1:8 2:7 3:6,11

## 7

7 [4] 1:10 2:9 3:7 5:10
700 [2] 1:19 2:8

## 8

8 [3] 1:12 2:10 3:8

## 9

9 [3] 1:13 3:9 5:13

## A

above [1] 1:21
act [1] 3:5
action [2] 3:4 5:14
address [3] 3:13,17,19
adjournment [1] 5:11
affixed [1] 5:16
afterwards [1] 5:7
alberto [2] 1:4 3:6
allegheny [1] 5:4
america [1] 1:10 3:4
appear [2] 3:8,22
appearance [1] 2:3
appearances [1] 2:1

assistant [2] 2:6 3:2
attorney [2] 3:3 5:13
attorney's [3] 1:19 2:7 3:9
attorneys [1] 2:6

## B

behalf [2] 2:2,4

## C

caption [1] 5:10
certificate [1] 5:1
certify [3] 5:5,9,12
civil [1] 3:4
claims [1] 3:5
commencing [1] 1:20
commonwealth [2] 1:18 5:2
completed [1] 5:11
computer-aided [2] 1:23 5:7
concluded [1] 4:2
counsel [7] 1:14,16 3:12 4:2 5:6,9, 12
county [1] 5:4
court [2] 1:1 3:12
custody [1] 3:11

## D

date [3] 1:21 3:11,20
day [2] 1:21 5:17
defendant [4] 1:12 2:4 3:3,12
deposition [3] 3:8,18,23
despite [1] 3:21
district [2] 1:1,2

## E

either [1] 5:13
erie [1] 5:4
esquire [1] 2:5
event [1] 5:13

## F

failed [2] 3:11,22
federal [4] 3:5,5,10,15
fenster [3] 1:17 5:5,18
filed [1] 3:6
foreegoing [1] 5:6
foregoing [1] 5:10
forth [1] 1:21
forwarding [3] 3:13,16,19
friday [1] 1:15
further [2] 5:9,12

## G

gantverg [1] 1:24
grant [2] 1:19 2:8

## H

hand [1] 5:15
haywood [3] 2:5 3:2,2
hereby [1] 5:5
hereunto [1] 5:15
hodge [1] 1:24
however [1] 3:14

## I

inc [1] 1:24
incarcerated [1] 3:15
interested [1] 5:13
interrogatories [2] 3:14,16

## J

january [2] 1:15 3:7

july [1] 3:11

## L

lawsuit [1] 3:5
left [1] 3:17

## M

marvin [1] 1:4 3:6
means [1] 5:7
melissa [3] 1:17 5:5,18
morales [1] 3:10
morse [1] 1:24
ms [1] 3:2
myself [1] 3:12

## N

notary [1] 1:17 5:19
note [1] 3:10
notice [4] 3:8,18,19,22

## O

o'clock [3] 1:21 3:23 4:1
office [4] 1:19 2:7 3:9 5:16
offices [1] 1:18
otherwise [1] 5:13

## P

p-r-o-c-e-e-d-i-n-g-s [1] 3:1
p.m [2] 1:21 4:1
party [1] 5:13
pennsylvania [8] 1:2,18,20,25 2: 9 3:9 5:2,16
pittsburgh [5] 1:20,25 2:9 3:9 5: 16
place [1] 5:10
plaintiff [2] 1:6 2:2
previously [1] 3:15
prison [2] 3:15,17
provide [1] 3:12
public [2] 1:17 5:19
put [2] 3:21,23

## R

rebecca [2] 2:5 3:2
received [1] 3:16
record [2] 3:21,24
reduced [1] 5:6
relative [1] 5:12
released [1] 3:10
representing [1] 3:3
requiring [1] 3:8
returned [2] 3:16,19

## S

seal [1] 5:16
sent [3] 3:7,14,18
set [2] 1:21 5:15
specified [1] 5:10
statement [5] 1:14,16 4:1 5:6,9
states [8] 1:1,10,19 2:6,7 3:3,4,9
stenotypy [1] 5:7
street [2] 1:19 2:8
suite [2] 1:19 2:8

## T

therefore [1] 3:18
thereupon [1] 4:1
today [1] 3:22
tort [1] 3:5
transcribed [1] 5:7

transcription [1] 1:23 5:8
two [1] 3:23

## U

under [1] 3:5
undersigned [1] 1:17
united [8] 1:1,10,19 2:6,7 3:3,4,9
until [1] 3:23

## V

vivas-morales [5] 1:4 3:6,7,17, 22
vs [1] 1:8

## W

waited [1] 3:23
wanted [1] 3:21
western [1] 1:2
whereof [1] 5:15
without [1] 5:11
witness [1] 5:15

## CERTIFICATE OF SERVICE

This is to certify that on this _10th_ day of February, 2005, a copy of the foregoing Motion was served via certified and first class United States Mail, postage prepaid, on:

Marvin Alberto Vivas-Morales
3000 Sidney Street
Pittsburgh, PA  15203

Rebecca R. Haywood
Assistant U.S. Attorney