1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

– – –

MARVIN ALBERTO VIVAS-MORALES,      )
                                   )
            Plaintiff,             )
                                   ) Civil Action
      vs.                          ) No. 03-312 (Erie)
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Defendant.             )

– – –

STATEMENT OF COUNSEL

Friday, April 8, 2005

– – –

      The Statement of Counsel, taken before me, the
undersigned, Melissa L. Fenster, a Notary Public in and for
the Commonwealth of Pennsylvania, at the offices of the
United States Attorney's Office, 700 Grant Street, Suite 400,
Pittsburgh, Pennsylvania, 15219, commencing at
9:33 o'clock a.m., the day and date above set forth.

– – –

COMPUTER-AIDED TRANSCRIPTION BY
MORSE, GANTVERG & HODGE, INC.
PITTSBURGH, PENNSYLVANIA
412-281-0189

– – –

ORIGINAL

2

```
 1  APPEARANCES:

 2        On behalf of the Plaintiff:

 3            (No appearance.)

 4        On behalf of the Defendant:

 5            Rebecca Haywood, Esquire
             Assistant United States Attorneys
 6            United States Attorney's Office
             700 Grant Street, Suite 400
 7            Pittsburgh, Pennsylvania  15219

 8                            - - -

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                     P-R-O-C-E-E-D-I-N-G-S

2          MS. HAYWOOD:   On March 23 2005, Magistrate Judge Susan

3    Paradise Baxter entered an order granting the government's

4    motion to compel enforcement of the Notice of Deposition of

5    Plaintiff,Marvin Alberto Vivas-Morales.   The order required

6    Plaintiff to appear for his deposition today, Friday, April 8,

7    2005 at 9:30.   Plaintiff has failed to appear once again for his

8    deposition as ordered by the Court.

9                              - - -

10          (Thereupon, at 9:35 o'clock p.m., the Statement of

11          Counsel was concluded.)

12                              - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                          CERTIFICATE

2  COMMONWEALTH OF PENNSYLVANIA, )
                                 )  Civil Action No. 03-312 (Erie)
3  COUNTY OF ALLEGHENY.          )

4        I, Melissa L. Fenster, do hereby certify that
   the foregoing Statement of Counsel was by me reduced to
5  stenotypy, and afterwards transcribed by means of computer-aided
   transcription.
6
         I do further certify that this Statement of Counsel was
7  taken at the time and place in the foregoing caption specified,
   and was completed without adjournment.
8
         I do further certify that I am not a relative, counsel or
9  attorney of either party, or otherwise interested in the event
   of this action.
10
         IN WITNESS WHEREOF, I have hereunto set my hand and
11 affixed my seal of office at Pittsburgh, Pennsylvania, on this
   20th    day of    April        , 2005.
12

13
        _____
14     Melissa L. Fenster
       Notary Public
15

16                          - - -

17

18

19

20

21

22

23

24

25

## LAWYER'S NOTES

| Page | Line | |
|------|------|---|
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |

## 1

1 [4] 1:1 2:1 3:1 4:1
10 [1] 3:10
11 [2] 3:11 4:16
12 [1] 3:12
14 [2] 1:17 4:18
15 [1] 1:19
15219 [2] 1:20 2:9
16 [2] 1:21 4:20
17 [1] 1:22
18 [1] 1:23
19 [1] 1:25

## 2

2 [4] 1:2 2:2 3:2 4:2
2005 [3] 1:15 3:2,7
23 [1] 3:2

## 3

3 [4] 1:3 2:3 3:3 4:4

## 4

4 [4] 1:4 2:4 3:4 4:5
400 [2] 1:19 2:8
412-281-0189 [1] 1:26

## 5

5 [4] 1:6 2:5 3:5 4:7

## 6

6 [3] 1:8 2:7 3:6

## 7

7 [4] 1:10 2:9 3:7 4:10
700 [2] 1:19 2:8

## 8

8 [5] 1:12,15 2:10 3:6,8

## 9

9 [3] 1:13 3:9 4:13
9:30 [1] 3:7
9:33 [1] 1:21
9:35 [1] 3:10

## A

a.m [1] 1:21
above [1] 1:21
action [1] 4:14
adjournment [1] 4:11
affixed [1] 4:16
afterwards [1] 4:7
alberto [2] 1:4 3:5
allegheny [1] 4:4
america [1] 1:10
appear [2] 3:6,7
appearance [1] 2:3
appearances [1] 2:1
april [2] 1:15 3:6
assistant [1] 2:6
attorney [1] 4:13
attorney's [2] 1:19 2:7
attorneys [1] 2:6

## B

baxter [1] 3:3
behalf [2] 2:2,4

## C

caption [1] 4:10
certificate [1] 4:1

certify [3] 4:5,9,12
commencing [1] 1:20
commonwealth [2] 1:18 4:2
compel [1] 3:4
completed [1] 4:11
computer-aided [2] 1:23 4:7
concluded [1] 3:11
counsel [6] 1:14,16 3:11 4:6,9,12
county [1] 4:4
court [2] 1:1 3:8

## D

date [1] 1:21
day [2] 1:21 4:17
defendant [2] 1:12 2:4
deposition [3] 3:4,6,8
district [2] 1:1,2

## E

either [1] 4:13
enforcement [1] 3:4
entered [1] 3:3
esquire [1] 2:5
event [1] 4:13

## F

failed [1] 3:7
fenster [3] 1:17 4:5,18
foregoing [2] 4:6,10
forth [1] 1:21
friday [2] 1:15 3:6
further [2] 4:9,12

## G

gantverg [1] 1:24
government's [1] 3:3
grant [2] 1:19 2:8
granting [1] 3:3

## H

hand [1] 4:15
haywood [2] 2:5 3:2
hereby [1] 4:5
hereunto [1] 4:15
hodge [1] 1:24

## I

inc [1] 1:24
interested [1] 4:13

## J

judge [1] 3:2

## M

magistrate [1] 3:2
march [1] 3:2
marvin [1] 1:4
means [1] 4:7
melissa [3] 1:17 4:5,18
morse [1] 1:24
motion [1] 3:4
ms [1] 3:2

## N

notary [2] 1:17 4:19
notice [1] 3:4

## O

o'clock [2] 1:21 3:10
office [3] 1:19 2:7 4:16
offices [1] 1:18

once [1] 3:7
order [2] 3:3,5
ordered [1] 3:8
otherwise [1] 4:13

## P

p-r-o-c-e-e-d-i-n-g-s [1] 3:1
p.m [1] 3:10
paradise [1] 3:3
party [1] 4:13
pennsylvania [7] 1:2,18,20,25 2:
 9 4:2,16
pittsburgh [4] 1:20,25 2:9 4:16
place [1] 4:10
plaintiff [4] 1:6 2:2 3:6,7
plaintiff, marvin [1] 3:5
public [2] 1:17 4:19

## R

rebecca [1] 2:5
reduced [1] 4:6
relative [1] 4:12
required [1] 3:5

## S

seal [1] 4:16
set [2] 1:21 4:15
specified [1] 4:10
statement [5] 1:14,16 3:10 4:6,9
states [5] 1:1,10,19 2:6,7
stenotypy [1] 4:7
street [2] 1:19 2:8
suite [2] 1:19 2:8
susan [1] 3:2

## T

thereupon [1] 3:10
today [1] 3:6
transcribed [1] 4:7
transcription [2] 1:23 4:8

## U

undersigned [1] 1:17
united [5] 1:1,10,19 2:6,7

## V

vivas-morales [2] 1:4 3:5
vs [1] 1:8

## W

western [1] 1:2
whereof [1] 4:15
without [1] 4:11
witness [1] 4:15

1 - witness