IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN ALBERTO VIVAS-MORALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-312(Erie) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### NOTICE OF DEPORTATION

AND NOW, comes Defendant, United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Rebecca Ross Haywood, an Assistant United States Attorney for said district, and hereby submits the following Notice Of Deportation of Plaintiff, Marvin Alberto Vivas-Morales, in the above captioned case. In particular, the Department of Homeland Security's Bureau of Immigration and Customs Enforcement ("ICE") recently informed counsel for Defendant that Plaintiff (A025418754) was deported to Nicaragua on March 19, 2005. (Ex. 1).

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

_____
REBECCA ROSS HAYWOOD
Asst. United States Attorney
700 Grant St. Suite 400
Pittsburgh, PA 15219
(412) 894-7367
PA ID 74579

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within pleading was served by mail upon the following:

> Marvin Alberto Vivas-Morales
> 84818
> York County Prison
> 3400 Concord Rd.
> York, PA 17402

```
                                    _____
                                    /s/ Rebecca Ross Haywood
                                    Assistant U.S. Attorney
```

Date: July 5, 2005