```
DAX409A                  DACS CUSTODY SUMMARY INQUIRY                    DATE: 07/05/2005
                                                                         TIME: 14:37:43
```

*Deportable Alien Control System*

```
A-NUM: 025418754         LAST NAME: VIVAS MORALES                        NATLTY: NICAR
DCO: PHI                 FIRST NAME: MARVIN ALBERTO

    CHG-DOC-ISSUED: 06/22/2000           DATE-WA-ISSUED:
    CHG-DOC-SERVED: 06/22/2000           DATE-WA-SERVED:
                                         CONSUL-NOTIF:


    BOND-AMT-REQUIRED:                   BOND-TERM-STATUS:
    BOND-AMT-POSTED:                     DATE-BOND-POSTED:


    STAT-RECOG-SUPER:                    DATE-STATUS-RECOG-SUPER:


    DET-LOC-ID: SNYDEPA                  DATE-BOOKED-IN: 03/18/2005
    DATE-RELEASED: 03/19/2005            RELEASED-TO: DEP
                          Date Deported              — Deported
    DATE-ENTERED: 03/18/2005             VR-USM:
    DET-FAC-TYPE: NSD                    DET-DCO: PHI

                                                           PF7 - DET LOC ID LIST

                    COMMAND: CUST     A-NUM: 025418754
NO BOND DATA              FIRST PAGE OF DATA
```

FAX TRANSMITTAL

To: Rebecca
Dept/Agency: US Attorney
Fax #: 412-644-6995

From: Alex Simon
Phone #: 412-728-6693
Fax #: 412-432-2193

# of pages ▶ 2

OPTIONAL FORM 99 (7-90)
5099-101
NSN 7540-01-317-7368
GENERAL SERVICES ADMINISTRATION

```
DAX1010              DACS ALIEN BIOGRAPHIC SUMMARY (BIOS)         DATE: 07/05/2005
                                                                  TIME: 14:27:36

A-NUM        : 025418754              BOP-NUMBER   :
LAST-NAME    : VIVAS MORALES          FIRST-NAME   : MARVIN ALBERTO
ALIAS-LAST   : (MCJUNKINS)   —AKA—    ALIAS-FIRST  : (KOEDAY)

SEX: M    DOB: 12/29/1953    POB: NICAR    NATLTY: NICAR    MARITAL-STAT: U
AG-FELON: OT           MAND-DET: Y         STATE-ID:
SSN: 186706654     FBI: 325690TA0    CHILD-STAT:       PARENT-STAT:

U.S. ADDRESS-
CARE-OF/APT/SUITE/...: ICE/ YORK CO. PRISON
STREET               : 3400 CONCORD ROAD
CITY                 : YORK              STATE: PA        ZIP: 17402

FOREIGN ADDRESS-
STREET       :
CITY         :                         STATE:               COUNTRY:

DATE-ENTERED: 10/27/1997    DATE-LAST-UPD: 12/13/2004    LAST-UPDATER: YCA


                       COMMAND: CASS       A-NUM: 025418754
CASE ADD SEQUENCE                                    INACTIVE CASE EXISTS
```